OPINION — AG — ** ARBITRATION — TEACHERS — BINDING ** LOCAL BOARDS OF EDUCATION MAY VOLUNTARILY AGREE TO INCLUDE A PROVISION FOR BINDING ARBITRATION OF GRIEVANCES IN A GRIEVANCE PROCEDURE WHICH IS PART OF A COLLECTIVE BARGAINING AGREEMENT, NEGOTIATED PURSUANT TO 70 O.S. 509.1 [70-509.1] ET SEQ., AS AMENDED, BETWEEN THE SCHOOL DISTRICT AND ITS EMPLOYEES. (COLLECTIVE BARGAINING) CITE: OPINION NO. 86-146, 11 O.S. 51-101 [11-51-101], 11 O.S. 51-111 [11-51-111] 70 O.S. 5-105 [70-5-105], 70 O.S. 6-101 [70-6-101], 70 O.S. 5-117 [70-5-117](A)(15), 70 O.S. 6-102.2 [70-6-102.2], 70 O.S. 6-104 [70-6-104], 70 O.S. 509.2 [70-509.2](C)(8), 70 O.S. 509.6 [70-509.6] (NED BASTOW)